UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

BILL NELSON FOR U.S. SENATE,

Plaintiff,

v.

Case No.: 4:18-CV-00536-MW-CAS

KEN DETZNER, in his official capacity as Florida Secretary of State, and the PALM BEACH COUNTY CANVASSING BOARD, and SUSAN M. BUCHER, in her official capacity as Palm Beach County Supervisor of Elections,

Defendants.

## PLAINTIFF'S RESPONSE TO ORDER TO CLARIFY

Plaintiff Bill Nelson for U.S. Senate submits this response to the Court's Order Directing Parties to Clarify (Dkt. No. 12). It is Plaintiff's understanding that the conclusion of the machine recount in Palm Beach County was further delayed beyond the time indicated by Defendant Bucher at yesterday's hearing in the *Bonfiglio* matter. Counsel for Plaintiff and counsel for Defendant Bucher are conferring to determine if further action by the Court may be necessary, and ask for leave to submit a further update to the Court at 5 p.m. EST.

Dated: November 16, 2018                     Respectfully submitted,

/s/                                       .

RONALD G. MEYER
Florida Bar No. 0148248
Email: rmeyer@meyerbrookslaw.com
JENNIFER S. BLOHM
Florida Bar No. 0106290
Email: jblohm@meyerbrookslaw.com
Meyer, Brooks, Demma and Blohm, P.A.
131 North Gadsden Street
Post Office Box 1547
Tallahassee, FL 32302-1547
Telephone: (850) 878-5212
Facsimile: (850) 656-6750

Marc E. Elias
Uzoma Nkwonta
**PERKINS COIE LLP**
700 Thirteenth Street, N.W., Suite 600
Washington, D.C. 20005-3960
Telephone: (202) 654-6200
Facsimile: (202) 654-6211

*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 16th day of November, 2018, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system. I further certify that I mailed the foregoing documents and the notice of electronic filing by first-class mail to the following non-CM/ECF participants: None

/s/
RONALD G. MEYER

2