IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

BILL NELSON FOR U.S. SENATE,

    Plaintiff,

v.                                         Case No.: 4:18-cv-536-MW-MJF

KEN DETZNER, in his official capacity as Florida Secretary of State, and the PALM BEACH COUNTY CANVASSING BOARD, and SUSAN M. BUCHER, in her official capacity as Palm Beach County Supervisor of Elections,

    Defendant.
_____/

## SECRETARY'S RESPONSE TO
## ORDER DIRECTING PARTIES TO CLARIFY

Consistent with this Court's Order Directing Parties to Clarify, DE 12, Defendant, the Florida Secretary of State Detzner, takes the position that there is no live controversy in this matter.

On November 15, 2018, this Court held an evidentiary hearing in *Bonfiglio v. Detzner*, 4:18-cv-527-MW/CAS. ("*Bonfiglio*"). There, the plaintiffs requested an order from this Court extending the deadlines for completing the machine and manual recounts in Palm Beach County. DE 53, at 2, *Bonfiglio*. "During the hearing, Defendant Palm Beach County Supervisor [of Elections] Susan Bucher

1

testified with confidence that both the machine and manual recounts for the U.S. Senate race would be completed sometime on November 16, 2018." DE 53 at 6, *Bonfiglio*. This Court then entered an Order stating: "[T]his Court will not rewrite the Florida Election Code. The plain language of the relevant Florida statutes says what it says—good or bad. This Court cannot engraft an extension on statutes drafted and passed by the Florida legislature." DE 53, at 5-6, *Bonfiglio*.

Based on Supervisor Bucher's testimony in *Bonfiglio* that the recount in the Senate race will be completed, and based on this Court's previous ruling that the recount deadlines cannot be extended, the Secretary believes there is no live controversy in this matter.

Respectfully submitted by:

BRADLEY R. MCVAY (FBN 79034)
  *Interim General Counsel*
  brad.mcvay@dos.myflorida.com
ASHLEY E. DAVIS (FBN 48032)
  *Deputy General Counsel*
  ashley.davis@dos.myflorida.com
FLORIDA DEPARTMENT OF STATE
R.A. Gray Building Suite, 100
500 South Bronough Street
Tallahassee, Florida 32399-0250
(850) 245-6536 / (850) 245-6127 (fax)

*/s/ Mohammad O. Jazil*
MOHAMMAD O. JAZIL (FBN 72556)
  mjazil@hgslaw.com

GARY V. PERKO (FBN 855898)
 gperko@hgslaw.com
MALCOLM N. MEANS (FBN 0127586)
 mmeans@hgslaw.com
HOPPING GREEN & SAMS, P.A.
119 South Monroe Street, Suite 300
Tallahassee, Florida 32301
(850) 222-7500 / (850) 224-8551 (fax)

Dated:  November 16, 2018  *Counsel for the Secretary of State*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was served through the Court's CM/ECF system to all counsel of record this 16th day of November, 2018:

> */s/ Mohammad O. Jazil*
> Attorney