# United States District Court
CIVIL MINUTES - GENERAL

Time: 6:00 - 6:23 p.m.  
Date  November 16, 2018

Case # 4:18cv536-MW

BILL NELSON FOR U S SENATE v. KEN DETZNER et al

DOCKET ENTRY: TELEPHONIC STATUS CONFERENCE held.  Parties discuss [20] Plaintiff's response requesting production of documents.  Evidentiary hearing not held.

___

PRESENT:   HONORABLE **MARK E. WALKER**, CHIEF U. S. DISTRICT JUDGE

| Victoria Milton McGee | Megan Hague |
|---|---|
| Deputy Clerk | Court Reporter |

___

ATTORNEY(S) APPEARING FOR PLAINTIFF(S):  
Uzoma Nkwonta

ATTORNEY(S) APPEARING FOR DEFENDANT KEN DETZNER:  
Mohammad Jazil

ATTORNEY(S) APPEARING FOR DEFENDANT PALM BEACH COUNTY CANVASSING BOARD AND SUSAN BUCHER:  
Andy Baumann and Natalie Kato

ATTORNEY(S) APPEARING FOR INTERVENOR DEFENDANT NATIONAL REPUBLICAN SENATORIAL COMMITTEE:  
Jason Torchinsky and George Levesque

Initials of the Clerk:  **VMM**