**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**TALLAHASSEE DIVISION**

|  |  |
|---|---|
| BILL NELSON FOR U.S. SENATE, ) | ) |
| Plaintiff, ) | Case No: 4:18cv536 |
| v. ) | Tallahassee, Florida |
|  ) | November 16, 2018 |
| KENNETH DETZNER, in his ) |  |
| official capacity as Secretary) |  |
| of State, and the PALM BEACH ) |  |
| COUNTY CANVASSING BOARD, and ) |  |
| SUSAN BUCHER, in her official ) |  |
| capacity as Palm Beach County ) |  |
| Supervisor of Elections ) |  |
| official capacity as Florida ) |  |
| Secretary of State, ) |  |
|  ) |  |
| Defendants. ) |  |
| _____) |  |

**TRANSCRIPT OF TELEPHONIC HEARING**
**BEFORE THE HONORABLE MARK E. WALKER**
**UNITED STATES CHIEF DISTRICT JUDGE**
**(Pages 1 through 19)**

*Megan A. Hague, RPR, FCRR*
*Official United States Court Reporter*
*111 North Adams Street * Tallahassee, Florida 32301*
*(850) 422-0011 * megan.a.hague@gmail.com*

APPEARANCES:

For Plaintiffs:          Perkins Coie, LLP
                         by:  UZOMA NKEM NKWONTA
                              Attorney at Law
                         700 13th Street NW, Suite 700
                         Washington, DC 20005
                         unkwonta@perkinscoie.com

For Defendant Palm Beach County Canvassing Board and
Susan M. Bucher:

                         Lewis Longman & Walker, PA
                         by:  NATALIE KATO
                              Attorney at Law
                         515 N. Flagler Drive, Suite 1500
                         West Palm Beach, Florida 33401
                         nkato@llw-law.com


For Defendant Detzner:   Hopping Green & Sams, PA
                         by:  MOHAMMAD JAZIL
                              Attorney at Law
                         119 South Monroe Street, Suite 30
                         Tallahassee, Florida 32301
                         mohammadj@hgslaw.com


For Intervenor Defendant National Republican Senatorial
Committee:
                         Holtzman, Vogel, Josefiak, PLLC
                         by:  JASON BRETT TORCHINSKY
                              Attorney at Law
                         45 North Hill Drive, Suite100
                         Warrenton, Virginia 20186
                         jtorchinsky@hvjt.law

|   |   |
|---|---|
| 1 | **P R O C E E D I N G S** |
| 2 | (Call to Order of the Court at 6:00 PM on Friday, |
| 3 | November 16, 2018.) |
| 4 | THE COURT:  Good evening.  This is Judge Walker. |
| 5 | We're here in Case No. 4:18cv536.  This matter was removed |
| 6 | from state court this morning.  Upon reviewing the docket, |
| 7 | in addition to attending to other cases and other duties, I |
| 8 | recognize that there could be some -- there might be a need |
| 9 | for an evidentiary hearing in this case. |
| 10 | I sent out an order requesting information from |
| 11 | the parties.  I set a deadline of 4 p.m.  The parties |
| 12 | requested an extension to 5 p.m.  I granted that extension, |
| 13 | and after granting the extension, I received a response from |
| 14 | the plaintiff that there was a need to secure additional |
| 15 | information. |
| 16 | Given the timing of this action, as well as the |
| 17 | deadlines that are implicated associated with the recount, I |
| 18 | thought it appropriate to immediately set this matter for a |
| 19 | hearing, so we find ourselves here at 6 p.m. on Friday |
| 20 | evening. |
| 21 | Let me start with having -- who's going to speak |
| 22 | on behalf of the plaintiff? |
| 23 | MR. NKWONTA:  Your Honor, this is Uzoma Nkwonta on |
| 24 | behalf of the plaintiff. |
| 25 | THE COURT:  Welcome, Mr. Nkwonta. |

1               Who's speaking on behalf of Defendant Detzner?
2               MR. JAZIL:  Mohammad Jazil, Your Honor.
3               THE COURT:  Welcome, Mr. Jazil.
4               Who is speaking on behalf of the canvassing board?
5               Do I have anybody that is appearing?
6               Mr. Baumann, are you on the line?
7               Ms. Bucher, are you on the line?
8               All right.  Do I have somebody for the National
9       Republican Senatorial Committee on the line?
10              MR. TORCHINSKY:  Yes, Your Honor.  This is Jason
11      Torchinsky.  I'm on the docket, but I haven't entered my
12      notice of appearance yet.  And I also have George Levesque
13      on the phone with me.  I'm in an area with bad cell phone
14      reception, and he may need to take over in case I have to
15      drop.
16              THE COURT:  That's fine.  You're both welcome, and
17      I don't care that you've -- whether you've entered a notice
18      of appearance or not.  The record will reflect you're
19      present.  We'll add your name.  To the extent we need to
20      modify the record later, we can.
21              Somebody just dialed in.  Who just joined us?
22              MS. KATO:  Yes, this is Natalie Kato, counsel for
23      Susan Bucher.  I'm texting with my co-counsel, Mr. Baumann,
24      who is at -- physically at the supervisor's office with
25      Ms. Bucher as we speak.  She's conducting the manual

1  recount.

2          THE COURT:  All right.  Well, let me start,
3  Ms. Kato, with you.  I received a response to my order to
4  clarify from the plaintiffs in this action.  This is a
5  separate action from the action that Mr. Baumann and
6  Ms. Bucher attended yesterday.  That was Case No. 4:18cv527.
7  I entered an order this morning in that case.

8          Then this case, 4:18cv536 was removed from state
9  court this morning.  I don't need to recite the entire
10 procedural history again, but the fact of the matter,
11 there's two different cases, but this case also involved the
12 recount in Palm Beach County.  And in light of the hearing
13 we had yesterday evening, and the testimony of Ms. Bucher
14 and Mr. Baumann's representations, I assumed this parallel
15 matter would be resolved.

16         I've been told by the plaintiffs' counsel through
17 this supplemental response, ECF Document 20 in the case,
18 that that may not be so.

19         So let me start, having laid a foundation for any
20 reviewing court, that they could easily get up to speed.
21 Let me ask:  Mr. Nkwonta, are we still at the same place
22 with the representations you've made in ECF Document 20 or
23 have we learned anything additional?

24         MR. NKWONTA:  No, Your Honor.  We're still at the
25 same place.  As we stated in ECF Document No. 20, the

1   Supervisor of Elections, Ms. Bucher, has yet to reveal the
2   results of the machine recount, and it's still unclear to us
3   which results will be reported by the 18th.
4       THE COURT: All right.
5       Let me ask Ms. Kato -- and I just want to do this
6   in the most efficient way possible, and we can certainly
7   potentially take testimony if we need to as well, but let me
8   get some background information, Ms. Kato, since you're here
9   on behalf of the Palm Beach County Canvassing Board.
10      MS. KATO: Yes.
11      THE COURT: And let me pause by saying this is not
12  an inquisition.
13      MS. KATO: Right.
14      THE COURT: I'm not suggesting you have done
15  anything. I just want to, in the fastest most efficient
16  way, get to the truth and figure out whether or not I need
17  to have a more exhaustive evidentiary hearing.
18      As I understood what had been represented to me
19  yesterday evening, as well as at other hearings that I've
20  conducted, and other matters related to this election, the
21  statutes at issue contemplate that there may not -- there
22  may be a county or counties, plural, that do not complete a
23  mechanical recount in time to meet the deadline for the
24  second unofficial results.
25      The statute goes on to say, but you'll continue

1  the process and I --
2          MS. KATO:  Your Honor, if I may, I can -- I
3  apologize for interrupting you, but I know that you want to
4  work expeditiously, and I do, too, and I have been in
5  contact with plaintiff's counsel, Mr. Nkwonta throughout the
6  afternoon, and so maybe I can just explain to you where
7  we're at in the process.
8          THE COURT:  Sure.
9          MS. KATO:  So we are aware of the statute and as
10 we said -- you know, our representations that we made to the
11 Court last night do hold true, which is that we were going
12 to finish the machine recount and then begin the manual
13 recount and we have done that.
14         The issue that we're having with the plaintiff is
15 that they want us to give them that machine recount number,
16 and I think that there's some discussion or some perhaps
17 disagreement over whether we were obligated to provide them
18 that updated number before we began the machine recount.  We
19 were unable to do that.
20         There's a difference between finishing the machine
21 recount and starting the manual recount, and finishing the
22 machine recount, giving the plaintiff or any other party a
23 new number to work with so that they may, you know, for lack
24 of a better word kind of readjust their tallies and then
25 start the manual recount.  And so I think that's where the

1  rubber is meeting the road.
2           THE COURT:  Well, let me interject because maybe
3  then people are talking past each other and that doesn't
4  necessarily resolve the issue, but one concern of mine,
5  based on my review of ECF Document 20, was the suggestion
6  that -- setting apart disclosing numbers was that, yes,
7  we're going to have the manual recount, and we'll add --
8  we'll find out if there are any votes to add based on the
9  manual recount.
10          There may be some overseas ballots that come in by
11 the deadline that could be added in that number, but what
12 concerned me was the representation that those numbers
13 meaning the manual recount, if any, coupled with any new
14 overseas ballots that were properly postmarked and received
15 by the deadline, what tally that would be added to for the
16 final number to be disclosed on Sunday by noon.
17          MS. KATO:  So -- yes, Your Honor.  So those
18 numbers will be added to the machine recount numbers that we
19 finished before we began this manual recount.  Part of the
20 issue that we're having, and the reason that we have not
21 released those machine recount numbers to the public yet is
22 that we had an internal issue, not with the total number of
23 votes, but with what's called the tally type of vote.
24          And the tally type is, as I understand it -- and,
25 again, I'm not the Supervisor of Elections -- the tally type

1   is -- you know, for example, there's votes that came from
2   precincts, there's votes that are absentee ballots, and when
3   we were running those through in a manual re -- or -- I'm
4   sorry -- in the machine recount, those types of ballots were
5   mixed.  And so even though the amount of votes cast is
6   correct, the amounts cast per candidate is correct, the type
7   of vote that's cast, we need to -- we need to internally
8   rectify that before we would be comfortable releasing that
9   updated machine recount number.
10           And so that's what we were trying to work on.
11  That's -- based on my conversations with Mr. Nkwonta -- and,
12  again, you know, I do want to stress that we've really been
13  working with the plaintiffs, and they've been up and -- you
14  know, really working with us in good faith, you know.
15           I think that this is one of those kind of smaller
16  things that we can get some clarification on.  It's just a
17  matter of day and under their timeline versus our timeline,
18  that's the problem.
19           THE COURT:  When do you think you'll have that
20  information?
21           MS. KATO:  I can ask my client.  I believe that
22  she was finalizing the manual recount, and that's why she's
23  not on the call because she wanted to finish overseeing that
24  process, so probably by some point tomorrow.
25           THE COURT:  I understand.

1         Let me then turn to Mr. Nkwonta.  Mr. Nkwonta, I
2   understand -- my fear was that we were going to have a much
3   bigger issue, that there was some disagreement about
4   statutory construction and what results were going to be
5   tallied for the final numbers that would be submitted to the
6   state on Sunday at noon.
7         Apparently, according to Ms. Kato, that's -- I'm
8   either -- you either misstated or I misapprehend what is
9   happening.  I'm fine with it labeling that I'm -- labeling
10  me as being the one confused, but before we go on to what
11  information, if any, should be released, do you -- do you
12  still have concerns that there's a different number that's
13  going to be submitted, or is this really about disclosing
14  information?
15        Hello?
16        MR. NKWONTA:  Hello.
17        THE COURT:  Mr. Nkwonta?
18        MR. NKWONTA:  Yes, I'm here.  May I proceed?
19        THE COURT:  Yes.
20        MR. NKWONTA:  So two things, Your Honor:  This is
21  the first time that we have heard from Palm Beach County or
22  from their counsel that they will be actually including the
23  machine recount figures, and not the figures initially
24  reported on November 10th.  So I -- first I want to confirm
25  and clarify on the record that Palm Beach County is

```
 1   representing that they will report the machine recount
 2   figures.
 3             THE COURT:  And, Ms. Kato, I thought you
 4   unequivocally just told me that.
 5             MS. KATO:  That's my -- that is my
 6   understanding -- that's my understanding, Your Honor.  You
 7   know, the way this process works, just so we're clear, is
 8   that we have to run the machine recount first, and then the
 9   over and under ballots that are rejected as a result of the
10   machine recount, that's what's hand recounted.
11             So my understanding is that you run the machine
12   recount and then you take the over -- the manual recount
13   results and add those to your manual results, and that gives
14   you your manual recount results.
15             MR. NKWONTA:  Your Honor, there's really no room
16   for ambiguity here.  I mean, the question is pretty simple.
17             THE COURT:  Who is this?
18             MR. NKWONTA:  This is Mr. Nkwonta on behalf of the
19   plaintiff.
20             THE COURT:  Oh, I'm sorry.  Your connection is
21   really bad.  Are you on a speaker, Mr. Nkwonta?  We can
22   barely hear you.
23             MR. NKWONTA:  Is this any better?
24             THE COURT:  Yes, sir.  Thank you.
25             MR. NKWONTA:  So what I'm -- as I was saying
```

1   before, there's really no room for any ambiguity here.  The
2   question is which results are you going to report?  Is it
3   going to be the initial unofficial results of November 10th,
4   or are you going to report the results of the machine
5   recount?  And it's one or the other, so I -- what I don't
6   understand -- what plaintiff doesn't understand, is why we
7   have yet to receive a clear answer on which result is going
8   to be reported.
9           THE COURT:  I thought the clear answer was that
10  they're going to use the second machine count numbers, but
11  before they release those numbers publically, they have to
12  reconcile those numbers with the sub-breakdown.  They break
13  them down based on absentee ballots and so forth, and that
14  they -- there was a human error, and they mixed some ballots
15  in, and they're trying to get the sub-numbers before they
16  release the overall numbers and that they have every
17  intention of adding the manual recount numbers, if any --
18  and I say, if any.  I assume there's some, but if any
19  because it's certainly possible that every over -- every --
20  it's not overstocked.  It's --
21          MS. KATO:  Overvote.
22          THE COURT:  Over -- well, no it's called -- when
23  you send them to the -- outstacked, I'm sorry.
24          MS. KATO:  Outstacked, yeah.
25          THE COURT:  It's been a long couple of days.  It's

1    conceivable that all the outstacked ballots just nobody

2    voted for that race; it's highly unlikely, but I guess it's

3    possible.  But assuming that there are numbers, you would

4    add those manual numbers to the second machine count, which

5    is the -- I'm sorry -- the second machine count --

6              MS. KATO:  Correct.

7              THE COURT:  -- which is the recount.  You then add

8    any overseas ballots, and that is the number in the system

9    that you're going to use pursuant to Florida Statutes; that

10   the only time you would not use the machine recount number

11   is if you didn't have a machine recount number because then

12   Florida law says you have to use the original unofficial

13   results if you don't finish the machine recount; is that

14   correct?

15             MS. KATO:  That is correct, Your Honor.

16             THE COURT:  All right.

17             MS. KATO:  And, for the record, we have -- and if

18   I've been ambiguous, I apologize, but in my prior

19   conversations with counsel, I thought I was clear about

20   that.

21             THE COURT:  And what I just said, Ms. Kato, you

22   say that's exactly what's going to happen, Judge?

23             MS. KATO:  Yes.

24             THE COURT:  We are finishing the manual recount

25   right now.  We're making sure we have all the sub-numbers

1  and categories for the machine recount, and those -- that
2  will be the final number that's going to be reported on
3  Sunday, those numbers added together.  We -- there --
4          MS. KATO:  Correct.
5          THE COURT:  We will not be using the original
6  first unofficial recount.  The only reason why that was done
7  before was because we had not finished our recount at the
8  second unofficial recount deadline; correct?
9          MS. KATO:  Correct, and we were required by
10 Florida Statute to use that first report number, as we have
11 discussed, I believe, yesterday.
12         THE COURT:  And I've read the statute.  Of course
13 every news agency in the country practically is reporting
14 that just because numbers weren't reported for the second
15 unofficial means they're going to be tossed out, which is if
16 it's done, is contrary to Florida law, would be unlawful,
17 and would result in a -- could result in a challenge to the
18 election, but we don't need to go there.  It would just be
19 nice if -- anyway, I'll leave it there.  It's late in the
20 day.
21         Mr. Nkwonta, I want to make sure -- so for
22 purposes -- I am happy to have an evidentiary hearing.  I'm
23 happy to have somebody placed under oath, but what --
24 setting aside, Judge, we want the numbers now -- and I'm not
25 in any way diminishing the importance of that, but that's

1   the second issue -- do you still believe there's a need for
2   clarification?
3           MR. NKWONTA:  I do not, Your Honor.  Based on the
4   representations on the record, we are satisfied that
5   Palm Beach County has represented that it will be using the
6   machine recount figures, and we will wait for those results.
7           THE COURT:  All right.  Well, let me then ask
8   you -- and I'm fine.  Believe me, I've got my Saturday and
9   Sunday -- my dance card is open, Mr. Nkwonta, and you're on
10  it if you need time on Saturday or Sunday.  Do we need to
11  set this matter -- because I understand time is of the
12  essence, and I'll be here at 5 a.m. tomorrow if y'all need
13  to have an evidentiary hearing.
14          And I'm not saying that as a threat.  I'll do it
15  at whatever time y'all want.  I'm just saying I am available
16  whenever you need me.  Do -- is there anything else -- and
17  you're not waiving any right moving forward if something
18  comes up, but at this juncture, is there anything else that
19  y'all need from the Court by way of time and hearing in this
20  Case 4:18cv536?
21          MR. NKWONTA:  At this juncture, no, Your Honor.
22          THE COURT:  And I want to make plain, Mr. Nkwonta,
23  I will be checking my computer.  I -- not all night, but for
24  a good portion of it, and early in the morning, and I
25  understand that an emergency could arise, and I will do my

```
 1   best to monitor as frequently as I -- possibly I can, the
 2   docket.
 3             But with that said, Mr. Jazil, Mr. Nkwonta says
 4   there's nothing further.  Is there anything you need to
 5   bring up?
 6             MR. JAZIL:  No, Your Honor.  I would only request
 7   that -- Your Honor, I just want to be sure that I am
 8   available to appear for any hearing that might be scheduled
 9   later on this weekend.  Is it possible for us also to be
10   contacted by phone in addition to the e-mail on the CM/ECF
11   system, sir?
12             THE COURT:  Here's what I think y'all should all
13   do.  I'm going to have my courtroom deputy come on over and
14   she's going to tell you her e-mail address, and y'all are
15   going to write it down, because if I write down a bunch of
16   phone numbers, it's going to be absolutely pointless, and so
17   you can e-mail her.
18             I understand you may not want publically everybody
19   on the planet to have your phone.  Since my number has been
20   shared with everybody, particularly those that arguably
21   lack -- or may need psychotropic medications, many of them
22   that have called me -- you know, I -- but I won't do that to
23   y'all.
24             So what I'm going to have you do is just e-mail
25   all of your phone numbers to Miss -- my courtroom deputy.
```

1  She's going to give you her e-mail address now.
2           THE COURTROOM DEPUTY:  It's Victoria underscore
3  Milton, M-i-l-t-o-n, at F-l-n-d as in Northern District, dot
4  US Courts, with an s, dot gov.
5           MS. KATO:  Can you repeat that one more time?  I'm
6  sorry, I'm trying to take notes on my phone.
7           THE COURTROOM DEPUTY:  Sure.  Victoria underscore
8  Milton, M-i-l-t-o-n at F-l-n-d dot US Courts, with an S, dot
9  gov.
10          THE COURT:  Ms. Kato, did you get that?
11          MS. KATO:  I did.  Thank you, Your Honor.
12          THE COURT:  Mr. Jazil?
13          MR. JAZIL:  Yes, Your Honor.
14          THE COURT:  Mr. Torchinsky?
15          MR. TORCHINSKY:  Yes.
16          THE COURT:  All right.  Good.
17          And Mr. Nkwonta?
18          MR. NKWONTA:  Yes, Your Honor.
19          THE COURT:  All right.  If y'all will please --
20 otherwise you're going to get electronic e-mails.
21          Actually, Ms. Kato, I will ask you this, because I
22 think we've got Baumann's -- that's your colleague; correct?
23          MS. KATO:  Yes.
24          THE COURT:  I think we've got his phone number; is
25 that correct?

```
 1              THE COURTROOM DEPUTY:  We have just the office.
 2              MS. KATO:  I believe so.  I'm happy to give you
 3   mine and, frankly, Your Honor, at this point everybody has
 4   my phone number, as well.
 5              THE COURT:  Yeah, I'd rather you not do that on
 6   the record.  Anybody could have called in.  I don't mind the
 7   members of the press obviously having it, but I have no idea
 8   who's on this line, and I don't want anybody giving out
 9   their phone numbers.
10              So if you will be so kind, Ms. Kato, if you please
11   will e-mail my courtroom deputy -- and I'm specifically not
12   using her name either; not to dehumanize her, but I don't
13   really want her being inundated with hate mail either.  So
14   if you could just e-mail her your phone number, as well as
15   your colleague, so if we need to reach you at the last
16   minute, we can, okay?
17              MS. KATO:  And that was the number for the e-mail
18   that was just provided; correct?
19              THE COURT:  Yes, ma'am.  And that is not her full
20   name, so I'm protecting her -- I was trying to maintain some
21   anonymity for her.
22              MS. KATO:  Yep.  Perfect.
23              THE COURT:  Okay.  Thank you.
24              Anything further, Mr. Nkwonta?
25              MR. NKWONTA:  No, Your Honor.
```

```
 1                THE COURT:  Mr. Jazil?
 2                MR. JAZIL:  No, Your Honor.
 3                THE COURT:  Kato?
 4                MS. KATO:  No, Your Honor.
 5                THE COURT:  Torchinsky?
 6                MR. TORCHINSKY:  No, Your Honor.
 7                THE COURT:  All right.  Thank you very much.  I'm
 8   sure this inconvenienced you, and I'll let you know, I even
 9   had to have my court reporter leave her child's dance
10   routine and come all the way back to the courthouse, so
11   we'll do our best to accommodate everyone, but we're trying
12   hard, too.
13                So I hope everybody has a pleasant evening and a
14   good weekend.  I know you're all working hard, and best of
15   luck to all of you.  Please be safe.
16                Court is in recess.
17                MS. KATO:  Thank you.
18        (Proceedings concluded at 6:24 PM on Friday, November
19   16, 2018.)
20                           * * * * * * * *
             I certify that the foregoing is a correct
21   transcript from the record of proceedings in the
     above-entitled matter.  Any redaction of personal data
22   identifiers pursuant to the Judicial Conference Policy on
     Privacy are noted within the transcript.
23
     /s/ Megan A. Hague                           11/16/2018
24   Megan A. Hague, RPR, FCRR, CSR               Date
     Official U.S Court Reporter
25
```