UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| BILL NELSON FOR U.S. SENATE,<br><br>　　Plaintiff,<br><br>　　　v.<br><br>KEN DETZNER, in his official capacity as Florida Secretary of State, PALM BEACH COUNTY CANVASSING BOARD, and SUSAN BUCHER, in her official capacity as Palm Beach County Supervisor of Elections,<br><br>　　Defendants,<br><br>and<br><br>NATIONAL REPUBLICAN SENATORIAL COMMITTEE,<br><br>　　Defendant-Intervenor. | Case No. 4:18-cv-536-MW/MJF |

## NOTICE OF VOLUNTARY DISMISSAL

Plaintiff Bill Nelson for U.S. Senate, by and through undersigned counsel, hereby voluntarily dismisses this action, without prejudice, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure.

Dated: November 29, 2018

Respectfully submitted,

/s/ *Uzoma N. Nkwonta*
Marc E. Elias
Email: MElias@perkinscoie.com
Uzoma N. Nkwonta*
Email: UNkwonta@perkinscoie.com
PERKINS COIE LLP

700 Thirteenth Street, N.W., Suite 600
Washington, D.C. 20005-3960
Telephone: (202) 654-6200
Facsimile: (202) 654-6211

RONALD G. MEYER
Florida Bar No. 0148248
Email:  rmeyer@meyerbrookslaw.com
JENNIFER S. BLOHM
Florida Bar No. 0106290
Email:  jblohm@meyerbrookslaw.com
Meyer, Brooks, Demma and Blohm, P.A.
131 North Gadsden Street
Post Office Box 1547
Tallahassee, FL 32302-1547
(850) 878-5212

*Counsel for Plaintiff*
*Admitted *Pro Hac Vice*

## CERTIFICATE OF SERVICE

I hereby certify that on November 29, 2018, I caused to be electronically filed the foregoing Notice on behalf of the Plaintiff with the Clerk of the Court using the ECF system, which will send notification of such filing to all attorneys of record.

Respectfully submitted,

/s/ *Uzoma N. Nkwonta*
Uzoma N. Nkwonta

2