## UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF FLORIDA
### TALLAHASSEE DIVISION

BILL NELSON FOR U.S. SENATE,

    *Plaintiff*,

v.                                                    Case No. 4:18cv536-MW/MJF

KEN DETZNER, in his official
capacity as Secretary of State,
PALM BEACH CANVASSING BOARD,
and SUSAN M. BUCHER, in her
official capacity as Palm Beach
County Supervisor of Elections,

    *Defendants.*

_____/

## ORDER CLOSING FILE

Plaintiff has filed a Notice of Voluntary Dismissal dismissing with prejudice this action. ECF No. 28. Inasmuch as Defendant has not filed an answer or motion for summary judgment, the Notice of Voluntary Dismissal is effective without an order. *See* Fed. R. Civ. P. 41(a)(1)(A)(i).

Accordingly, the Clerk must enter judgment stating, "This case is dismissed with prejudice under Federal Rule of Civil Procedure 41(a)." The Clerk must close the file.

**SO ORDERED on November 30, 2018.**

                                              s/Mark E. Walker      
                                              **Chief United States District Judge**