## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
## TALLAHASSEE DIVISION

BILL NELSON FOR U S SENATE

    VS                                      CASE NO.  4:18cv536-MW/MJF

KEN DETZNER, PALM BEACH
COUNTY CANVASSING BOARD, and
SUSAN M BUCHER

### JUDGMENT

    This case is dismissed with prejudice under Federal Rule of Civil Procedure 41(a).

                                        JESSICA J. LYUBLANOVITS
                                        CLERK OF COURT

| November 30, 2018 | s/ *Kimberly J. Westphal* |
|---|---|
| DATE | Deputy Clerk: Kimberly J. Westphal |